ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Janus Global Operations, LLC                   )    ASBCA No. 63157
                                               )
Under Contract No. H98230-12-C-0050 *et al.*   )

APPEARANCES FOR THE APPELLANT:          Edmund M. Amorosi, Esq.
                                        Daniel H. Ramish, Esq.
                                        Amanda C. DeLaPerriere, Esq.
                                          Smith Pachter McWhorter PLC
                                          Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Melanie L. Braddock, Esq.
                                        Michael L. Graves, Jr., Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

On January 10, 2022, appellant filed a notice of appeal from a contracting officer's final decision dated October 13, 2021 denying appellant's certified claim dated June 17, 2021. Appellant's notice of appeal indicated it wished to appeal both the government's denial of its June 17, 2021 certified claim, as well as a potential government claim asserted in the same contracting officer's final decision. On January 19 2022, the Board docketed appellant's notice of appeal as consolidated ASBCA Nos. 63156 (contractor claim) and 63157 (government claim).

On March 28, 2022, the government filed a motion to dismiss ASBCA No. 63157 without prejudice, stating that following dismissal it intends to "perfect its claim" against appellant. Appellant does not oppose the government's motion. Accordingly, the appeal is dismissed without prejudice to appellant's filing of a new notice of appeal in the event that the government issues a new contracting officer's final decision asserting a government claim.

Dated: April 1, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63157, Appeal of Janus Global Operations, LLC, rendered in conformance with the Board's Charter.

Dated:  April 1, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals